LAW OFFICES
BINDER AND BINDER®
A PROFESSIONAL CORPORATION
215 PARK AVENUE SOUTH
6TH FLOOR
NEW YORK, NEW YORK 10003
(212) 677-6801
FAX (646) 273-2196

HARRY J. BINDER
CHARLES E. BINDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 1/9/08

RECEIVED
JAN 04 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

January 4, 2008

Honorable Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Via Facsimile: 212-805-7901

**RE:** **<u>Felipa Palacios v. Commissioner of Social Security</u>**
**Civil Action No.: 07-CV-10958 (HB)**

Dear Judge Baer:

I have received your order for a conference on the above captioned letter. This case is a Social Security Disability appeal. There is no discovery nor any pre-brief issue. Normally, the parties would agree to a briefing schedule subject to your approval. Since there will be no material that is not in the transcript and since the government must supply a transcript as part as their answer, may I suggest that the plaintiff's brief be due 30 days from the time of the receipt of the transcript and government has 30 days in which to respond. It has been taking the government approximately 4 to 6 months to transcribe the hearing and supply all the documentation. Of course the United States Attorney's office would have more information about the present status of supplying transcripts on Social Security appeals. For those reasons, may I request that the conference be adjourned as unnecessary, that the briefing schedule be set for either 30 days after receiving the transcript or a reasonable period therefore that the court deems appropriate.

Sincerely,

CHARLES E. BINDER
CEB/ao

cc: Susan D. Baird, Esq.
Assistant United States Attorney
Via Facsimile: 212-637-2750

I'll adjourn the conference, but you put your finger on the problem i.e. when [illegible] the [illegible] It must 4 to 6 months [illegible] to get to this point. after waiting [illegible] years to when [illegible] is no longer a [illegible] inquire as to whether w/n 30 days [illegible] process & be back to experts [illegible] if it's only a [illegible]

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 1/7/08

TOTAL P.01

Endorsement:

    I'll adjourn the conference but you put your finger on the problem, i.e., why should the plaintiff wait 4-6 months sometimes after waiting years to get to this point.  Please inquire as to why there is so long a process and be back to me within 30 days and if its only a lack of typists tell me that.