MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3ʳᵈ Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1|16|08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
FELIPA PALACIOS,                      :
                                      :
                Plaintiff,            :
                                      :
        - v. -                        :
                                      :       STIPULATION AND ORDER
                                      :
MICHAEL J. ASTRUE,                    :       07 Civ. 10958 (HB)
Commissioner of                       :
Social Security,                      :
                                      :
                Defendant.            :
                                      :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from February 1, 2008

to and including April 1, 2008.  This extension is requested

because the administrative record has not yet been received by

defendant's counsel.   No previous extension has been requested

in this case.

Dated: New York, New York
       January 7 , 2008

                                    BINDER & BINDER
                                    Attorneys for Plaintiff

                          By:_____
                                    CHARLES E. BINDER, ESQ.
                                    215 Park Avenue South
                                    6th Floor
                                    New York,  New York 10003
                                    Telephone No: (212)677-6801

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    Attorney for Defendant

                          By:_____
                                    SUSAN D. BAIRD
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York   10007
                                    Telephone No.: (212) 637-2713
                                    Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE