MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2713
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
FELIPA PALACIOS,                   :
                                   :
                    Plaintiff,     :
                                   :
         - v. -                    :   STIPULATION AND ORDER
                                   :        OF REMAND
MICHAEL J. ASTRUE,                 :
Commissioner of                    :   07 Civ. 10958 (HB)
Social Security,                   :
                    Defendant.     :
                                   :
- - - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

administrative proceedings. The Clerk is directed to enter

judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       March 19, 2008

                              BINDER & BINDER, PC
                              Attorneys for Plaintiff

By: _____
    CHARLES E. BINDER, ESQ.
    215 Park Avenue South
    6th Floor
    New York, New York 10010
    Telephone No. (212) 677-6801

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York   10007
    Telephone No. (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED:

_____  5/29/08
UNITED STATES DISTRICT JUDGE